IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARVEY P. SHORT,** | : | **CIVIL ACTION** |
| Petitioner | : | |
| | : | |
| vs. | : | NO. 13-2236 |
| | : | |
| **DANIEL P. BURNS, et al.,** | : | |
| Respondents | : | |

## O R D E R

**AND NOW,** this  17th  day of December, 2013, upon careful and independent consideration of the petition for writ of *habeas corpus* (Document #1), and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Document #18), IT IS HEREBY ORDERED that:

1. The petitioner's objections (Document #23) are OVERRULED.

2. The Report and Recommendation is APPROVED and ADOPTED.

3. The petition for writ of *habeas corpus* is DISMISSED without prejudice.

4. The petitioner's motion for the issuance of a subpoena *duces tecum* (Documents #14 and #15) is DENIED.[1]

5. The petitioner's motion for the production of mental health records (Document #20) is DENIED.

6. There is no probable cause to issue a certificate of appealability.

7. The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] Because I am dismissing it without prejudice as unexhausted, I find that the requested documents and mental health records are unnecessary to the disposition of this petition. Accordingly, I will deny both motions.